UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KLAUS EILBRECHT SCHIFFAHRTS GMBH & CO
KG MS "RIO PARA,"

                          Plaintiff,

           -against-                                     09 Civ. 1787 (LAK)

BERNUTH LINES LTD.,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
KLAUS EILBRECHT SCHIFFAHRTS GMBH & CO
KG MS 'CARIBBEAN SINA,'

                          Plaintiff,

           -against-                                     09 Civ. 1788 (LAK)

BERNUTH LINES LTD.,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Each plaintiff shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued on its application in this action should not be vacated or modified and its action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

        SO ORDERED.

Dated:       October 26, 2009

                                                         Lewis A. Kaplan
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/26/09